UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HAL R SEIDER,<br><br>　　　　　Plaintiff,<br>　v.<br><br>DOUG BENNETT,<br><br>　　　　　Defendant. | Case No. 2:18-cv-01309-RFB-PAL<br><br>**ORDER** |

This Court has an obligation to ensure that it has jurisdiction over a case filed before it. Rule 8 of the Federal Rules of Civil Procedure require a Plaintiff to file "short a short and plain statement of the grounds for the court's jurisdiction" and to assert a "a short and plain statement of the claim showing that the pleader is entitled to relief." Id. The Court has reviewed the Complaint filed in this action and finds that the Complaint does not establish this Court's jurisdiction. While the Complaint appears to reference at the outset a "defamation" claim, the basis for this claim being in federal court has not been established.

Moreover, the Plaintiff has filed a 46 page Complaint that does not provide a "short and plain" statement of his claim(s) and the relief sought.

Accordingly,

**IT IS THEREFORE ORDERED** that the Complaint is dismissed without prejudice. The Court will permit the Plaintiff to file an amended complaint that establishes this Court's jurisdiction. The Plaintiff is also ordered to file a short complaint (no more than 20 pages) setting forth his claim(s). The Plaintiff shall have 21 days to file this amended complaint. If no amended complaint is filed or if the amended complaint fails to establish this Court's jurisdiction, then the case will be dismissed with prejudice.

DATED this 19th day of July, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE